UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY JONES, JR. | CIVIL ACTION |
| VERSUS | NO: 06-2347 |
| DELTA TOWING, LLC, ET AL | SECTION: A/4 |

### O R D E R

This Court having been advised that one of the parties to this proceeding is unwilling to proceed to trial before the Magistrate Judge; accordingly,

**IT IS ORDERED** that the automatic referral of this matter to the Magistrate Judge is hereby **VACATED**, except for pretrial matters so referred under L.R. 72.1E.

New Orleans, Louisiana this 8th day of June 2006.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE